**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION<br><br>Plaintiff,<br><br>v.<br><br>GARDEN OF LIFE, LLC,<br><br>Defendant. | Case No. Case No. 20-cv-03229-RC<br><br>Hon. Rudolph Contreras |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

The Court has reviewed Garden of Life LLC's ("Defendant") Motion to Dismiss the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  The Court agree with Defendant that (1) Plaintiff lacks Article III standing to pursue this lawsuit; (2) enforcing the D.C. Consumer Protection Procedures Act in the manner urged by Plaintiff would violate Defendant's First Amendment right to freedom of speech; and (3) the case should be dismissed under the doctrine of primary jurisdiction.  Accordingly, the Motion is GRANTED, and it is Ordered that this action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated _____                                     _____

RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

Copies to:

John Cella
Robert Weiner
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington D.C. 20001-3743
John.cella@arnoldporter.com
Robert.weiner@arnoldporter.com

Trenton H. Norris
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Trent.Norris@arnoldporter.com

Lori B. Leskin
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
lori.leskin@arnoldporter.com

*Counsel for Defendant Garden of Life, LLC*

Travis Pittman
Holmes Pittman Haraguchi, LLP
P.O. Box 380
Chester, MD 21619
jtpittman@hphattorneys.com

Kristen M. Ross
Davitt, Lalley, Dey & McHale, PC
1971 Beltine Ave., Suite 106
Grand Rapids, MI 49525
kristen.ross@dldmlaw.com

*Counsel for Plaintiff Clean Label Project Foundation*