# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLEAN LABEL PROJECT FOUNDATION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 20-3229 (RC) |
| | : | |
| v. | : | Re Document No.: 7 |
| | : | |
| GARDEN OF LIFE, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED.**

**SO ORDERED**.

Dated: September 23, 2021　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge