# EXHIBIT 1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| CLEAN LABEL PROJECT FOUNDATION, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> GARDEN OF LIFE LLC, ) <br> ) <br> *Defendant.* ) <br> ) <br> ) | Case No. **1:20-cv-03229-RC** |

**Declaration of Jaclyn Bowen, MPH, MS in Support of CLP's Motion to Reconsider of the Order Granting Defendant's Motion to Dismiss, or In the Alterative, Remand to D.C. Superior Court**

I, Jaclyn Bowen, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am the Executive Director of the Clean Label Project foundation (CLP). I also served as the General Manager of Quality Assurance International, the largest domestic USDA organic certifier.  At the World Health Organization Collaborating Centre, National Sanitation Foundation (NSF International), established in 1944, I served as the Director of the Consumer Values Verified division that brings to market offerings including the "Non-GMO Project" and "Certified Gluten-free" certifications.  In the field of farm food safety, I was the Director of NSF Agriculture- North America.

2. CLP is a well-known, national non-profit public interest (501c3) organization headquartered in Broomfield, Colorado.  CLP's mission is bringing truth and transparency to food and consumer product labeling. It aims to protect the interests and rights of

1

consumers and holding companies accountable when they violate the trust of the public through false and misleading advertising regarding their products that harm consumers.

3. CLP mainly engages in public advocacy, education, legislative lobbying, catalyzing the development of food and product safety regulations, and heightens consumer awareness. CLP also files litigation against companies for egregious false advertising in food and consumer products that refuses to voluntarily clean up their processes or replace their misleading marketing materials. CLP empowers millions of families in the United States with more information about the true contents of America's best-selling foods and consumer products, and award brands with products that place an emphasis on purity and surpassing the minimum regulations required by the FDA.

4. As a credible and well-respected consumer protection public interest organization, CLP is a major contributor in advocacy for truth in food and consumer product labeling and marketing:

   - CLP published the largest academic peer-reviewed study ever conducted on lead and cadmium in baby food in the international multidisciplinary journal Science of the Total Environment.[1]

   - CLP won the Rose Foundation Consumer Products Safety Grant in 2020 for the project of Asbestos in America's Best-selling Cosmetics & Consumer Products.[2]

---

[1] *See* Hannah Gardener, Jaclyn Bowen & Sean P. Callan, *Lead and Cadmium Contamination in a Large Sample of United States Infant Formulas and Baby Foods*, 651 SCIENCE OF THE TOTAL ENVOIRONMENT 822-827 (2019).
[2] *See* Rose Foundation for Communities and the Environment, Consumer Products Safety Grant Database, available at https://rosefdn.org/grants/grant/230515/.

- CLP has provided testimony at the FDA Center for Food Safety and Applied Nutrition Hearing on Scientific Data and Information about Products Containing Cannabis or Cannabis-Derived Compounds.[3]

- CLP won the 2021 Show Me Food Safety Leadership award for exceptional commitment to food safety and public education.[4]

- CLP was the catalyst behind the Baby Food Safety Act of 2021, as they worked with a testing laboratory and tested hundreds of baby food and formula products. CLP later shared their findings with the FDA who subsequently failed to act and regulate the companies they knew had contaminants in their products.[5]

- CLP was invited by the House Subcommittee to share their test results in baby food contaminants in order to contribute to a congressional report that addresses the issue of FDA's inactions.[6]

- CLP was invited to speak on the industrial and environmental contaminants and toxins at the 63rd session of the United Nations Commission on Narcotics in Vienna, Austria in March 2020.[7]

---

[3] *See* FDA Hr'g Tr. 235: 8-11, May 31, 2019, available at https://www.fda.gov/media/128593/download.

[4] *See* Show Me Food Safety Leading Award, available at https://showmefs.org/food-safety-leadership-award/.

[5] *See* Lisa Fletcher, Andrea Nejman and Scott Smith, EXCLUSIVE: Part 1: FDA knew about toxins in baby food, failed to take meaningful action, abc7 News (May 24, 2021), https://wjla.com/news/spotlight-on-america/exclusive-part-1-fda-knew-about-toxins-in-baby-food-failed-to-take-meaningful-action.

[6] *See* Lisa Fletcher, Andrea Nejman and Scott Smith, Part 2: Evidence shows major baby food makers ignored warnings about toxic contamination, abc7 News (May 25, 2021), https://wjla.com/news/spotlight-on-america/part-2-evidence-shows-major-baby-food-makers-ignored-warnings-about-toxic-contamination; *see also*, U.S. House of Representatives, *Baby Foods Are Tainted with Dangerous Levels of Arsenic, Lead, Cadmium, and Mercury* (Feb. 4, 2021), available at https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2021-02-04%20ECP%20Baby%20Food%20Staff%20Report.pdf.

[7] *See* UNODC, Commission on Narcotic Drugs Vienna, 63rd Session of the Commission on Narcotic Drugs 2020, Side Events Report (March 2-6, 2020), available at https://www.unodc.org/documents/commissions/CND/CND_Sessions/Other_Documents/CND_Side_Event_Report_2020.pdf.

- CLP appeared twice on "The Doctors" TV show to educate consumers on toxins in protein powders and the true content of sunscreens.[8]

5. The foundation of food and consumer product safety in America is primarily focused on the elimination of pathogen and microbiological contaminants and hazards. However, consumers, the media, and academia have become increasing concerned over the long-term exposure to the hidden presence of heavy metals, pesticides residues, and plasticizers in food and consumer products. Yet, consumers will never find information regarding contaminants on product labels, which becomes problematic when companies advertise and tout their products as "natural", "pure", "clean", "wholesome" or have certain health benefits negated by the presence of toxic contaminants. CLP is committed to changing the definition of food and consumer safety through the use of data, science, and transparency of published results accessible by consumers.

6. Advocating for transparency in the food and consumer product industry and truth in food and consumer product advertising is central to CLP's mission for at least two reasons. ***First,*** disseminating truthful information about the contaminants in food and consumer products leads customers to boycott and buy less adulterated products from such sources, resulting in less harm to human health. ***Second,*** false and misleading advertising perpetuates food contamination by distorting the marketplace, injuring both more natural, humane competitors who voluntarily and proactively appreciate food and consumer product safety and spend money to ensure the purity of their products, and the consumers who desire to

---

[8] The Doctors, *Is Your Sunscreen Safe for You and Your Children?* (Mar. 6, 2019), *available at* https://www.thedoctorstv.com/articles/your-sunscreen-safe-you-and-your-children.

patronize these brands and rely on companies' representations when making their purchases.

7. Thus, for many years, CLP has pursued petitions, campaigns, lawsuits, and outreach efforts to address misleading food and consumer product labeling and advertising, including among other efforts:

- Advocating for robust and meaningful standards for the "natural", "clean" "healthy" and "pure" advertising for food and consumer products that are aligned with consumer expectations,

- Stopping false advertising and labeling by food and consumer products producers, ranging from formula sellers to dietary supplement companies, and

- Educating consumers about the truth behind misleading labels and advertising from food and consumer product companies.

8. CLP has expended substantial organizational resources pursuing these efforts to combat misleading food and consumer product labeling and advertising, including:

- Filing administrative petitions and lawsuits,

- Preparing comments in response to proposed federal rulemaking,

- Conducting consumer product testing for entire categories of product types to compile contaminant comparison data.

- Publishing newsletters, articles, blogs and studies,

- Producing online content and resources for education, and

- Conducting social media campaigns.

9. In order to detect contaminants in food and consumer products and inform the public, CLP routinely initiates the testing of food and consumer products with certified, ISO 17025-

accredited, third-party analytical chemistry laboratories to collect comparison data for consumer safety.

10. As a part of my job duties, I am responsible for coordinating the purchasing and testing of different classes of consumer food products as a part of CLP's investigative initiatives. In the category of prenatal vitamin supplements, CLP initiated the testing of over two hundred (200) national competing products for the purpose of evaluation.

11. A number of prenatal vitamins produced by Garden of Life were tested. Those Garden of Life products that returned from the laboratory testing with detectible levels of lead, cadmium, mercury, BLP and pesticides included Garden of Life Vitamin Code Raw Prenatal (180 ct), Garden of Life MyKind Organics Prenatal Multi – Certified Organic Whole Food (90 ct), Garden of Life Dr. Formulated Probiotics - Once Daily Prenatal (30 ct), Garden of Life Oceans Mom Prenatal DHA (30 ct), Garden of Life MyKind Organics Prenatal Once Daily (30 ct), Garden of Life MyKind Organics Prenatal Once Daily (90 ct), Garden of Life MyKind Organics Prenatal (30 ct).

12. CLP, as a both a consumer and a public interest organization, ordered the purchase of Garden of Life's prenatal vitamin products for the purpose of testing and data collection. As I oversaw the process of the purchase of the Garden of Life prenatal vitamin products test sample, I can attest that CLP spent $172.55 total in ordering the purchase of Garden of Life products named in our Complaint against Garden of Life for testing at the certified independent laboratory. Each of the units tested cost no more than $41.94. CLP also spent in excess of 10 hours analyzing the test results. CLP itself, as a consumer, has an interest in food label truth, transparency, and the consumers' right to know what is in the products they purchase.

13. Moreover, CLP's mission is to bringing truth and transparency to food and consumer product labeling, and to educate the public and enable consumers to make informed shopping choices, while Garden of Life's false advertisement and misleading labeling has hurt consumers. It is obvious that Garden of Life's misconduct also hurts CLP's mission. CLP's communication department has spent significant resources raising consumer awareness regarding the harms that false food and consumer product advertising, such as the marketing perpetuated by Garden of Life, inflict on consumers and competitors. For example, CLP has issued press releases, study reports and initiated online advocacy to inform consumers of the exposure to known chemicals of concern found in Garden of Life products.

14. CLP's mission, by its very definition and function of bringing truth and transparency to food and consumer product labeling, is obviously impaired and obstructed by false and misleading advertising from companies such as Garden of Life, whose product contains high levels of contaminants compared to other products in the same category yet markets its products as uniquely clean, healthy, and nourishing to mothers and fetuses. Thus, CLP's mission has been specifically impaired by Garden of Life's false advertising and misleading marketing campaigns. Because of Garden of Life's false and misleading trade practices, CLP has to devote substantial additional organizational resources to counteract the misinformation, testing the adulterated products, warning customers about the contaminants, educating consumers about this and other "clean" and "healthy" claims, advocating for stronger standards for the "clean" and "healthy" claims that fall in line with consumer expectations. This misleading advertising of Garden of Life's prenatal vitamins supplement products has caused CLP to divert its organizational resources away from other

priorities and campaigns that could have protected more consumers and legitimate competitors. The injury to CLP is not speculative; instead, expenses incurred by the efforts described above, which resulted from Garden of Life's unlawful conduct, could have been spent in ways that better further CLP's mission had Garden of Life not falsely labeled and advertised its products.

15. The above-described diversion of resources to counter Garden of Life's false advertising has injured CLP's organizational mission by harming its ability to combat other prioritized false advertisements and misleading labeling. CLP could have avoided the expenditures related to these "clean", "healthy", and other developmental-benefit claims, and pursued work that more directly advanced its mission, including other education, studies, conferences with standard-setting bodies, and outreach campaigns to protect consumers, had Garden of Life not been falsely advertising its products as "clean", "healthy", and beneficial to mothers and fetuses.

16. If Garden of Life were to cease its false advertising claims, including by the injunctive relief sought through this action, CLP would not have to continue diverting these organizational resources to warn consumers, initiate litigation to expose their unlawful practices, and educate the public about Garden of Life's products, and could redirect these resources to other projects, in furtherance of CLP's mission.

17. CLP does not seek statutory damages on behalf of the general public. CLP's lawsuit against Garden of Life was not filed as a class action, nor is it intended to be one. CLP is the sole Plaintiff in this lawsuit against Garden of Life.

18. While CLP is eligible for claiming statutory damages under the D.C. CPPA for the cost of the Garden of Life prenatal vitamin products that were tested and found to be tainted, CLP

would be eligible for no more than $10,500 under D.C. CPPA §28-3905(k)(2)(A)(i) for suffering Garden of Life's seven (7) potential violations of the D.C. CPPA for each of the tainted unites of the prenatal formula that CLP purchased as a customer, in the event that Garden of Life is found to have violated the D.C. CPPA.

I declare, under the penalty of perjury, that the above statement is true and accurate based on my best knowledge and personal observation.

*Jaclyn Bowen MPH, MS*       October 21, 2021
Jaclyn Bowen       Date